O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHKOLNIK,<br>　　　　　　Plaintiff,<br>　　v.<br>NAVY FEDERAL CREDIT UNION, et al.,<br>　　　　　　Defendants. | Case No. 2:12-cv-00595-ODW (RZx)<br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [16]** |

　　　　Before the Court is Defendants Navy Federal Financial Group LLC and Navy Federal Credit Union's Motion to Dismiss Plaintiff Steven Shkolnik's Second Amended Complaint ("SAC"). (Dkt. No. 7.) Because Plaintiff has not filed any opposition, and for the reasons discussed in Defendants' papers, the Court **GRANTS** Defendants' Motion to Dismiss.

　　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least 21 days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

　　　　The hearing on Defendants' motion was set for April 30, 2012. Plaintiff's opposition was therefore due by April 9, 2012. As of the date of this Order, Plaintiff

1  has not filed an opposition, nor any other filing that could be construed as a request
2  for a continuance.  Plaintiff's failure to oppose may therefore be deemed consent to
3  the granting of Defendants' Motion.  Nevertheless, the Court has carefully considered
4  Defendants' arguments in support and, for the reasons discussed in Defendants'
5  papers, hereby **GRANTS** Defendants' Motion to Dismiss Plaintiff's SAC.  The April
6  30, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

7  Plaintiff may file an amended complaint within 21 days from the date of this
8  Order.  Should Plaintiff fail to file an amended complaint within 21 days, the Court
9  will dismiss all claims against Navy Federal Financial Group and Navy Federal Credit
10 Union with prejudice.

11 If Plaintiff does choose to amend, he must address *all* of those shortcomings in
12 his pleadings identified in Defendants' Motion by pleading—in good faith and in
13 compliance with Federal Rule of Civil Procedure 11—additional *facts* supporting his
14 claims.  If Plaintiff cannot allege new facts in good faith to support one or more of his
15 claims, Rule 11 dictates that Plaintiff *must* discard such claims.  Plaintiff is warned
16 that a failure to comply with Rule 11 will result in sanctions under Rule 11(b).
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Finally, the Court advises Plaintiff that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and from 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers on-site information and guidance to individuals who are representing themselves in federal civil actions. Plaintiff is strongly encouraged to visit the clinic before filing an amended complaint.

**IT IS SO ORDERED.**

April 17, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**